IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:23cr310-MHT
                              )            (WO)
ROBERT KEON WILLIAMS          )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 30 days of the commencement of supervised release, the Federal Defender program and the United States Probation Office shall arrange for defendant Robert Keon Williams to receive a comprehensive mental-health evaluation by Dr. Holly Kaufman. The evaluation shall include appropriate diagnostic testing and shall address whether defendant Williams had any adverse childhood experiences that are affecting his current behavior and mental health, and if so, what treatment approaches are recommended to

address any lingering impacts of those experiences; what mental-health (including substance-use) disorders he experiences, and what treatment, including specific treatment modalities, are recommended to address any disorders; whether defendant Williams's alleged pattern of domestic violence is related to any adverse childhood experiences or mental-health disorders, as well as what other factors might explain his alleged pattern of domestic violence; what treatment and supportive programs/services are recommended to assist him in complying with the terms of supervised release and avoiding further criminal activity, including domestic violence; and whether the court should retain the condition of supervision prohibiting defendant Williams from consuming alcohol, which the court ordered to reduce his risk of domestic violence. Dr. Kaufman's report shall be filed with the court under seal.

(2)   Within   40   days   of   the   commencement   of supervised   release,   defense   counsel   and   the   United States   Probation   Office   shall   file   a   report,   either separately   or   jointly,   on   the   status   of   the arrangements   required   above   and   on   how   defendant Williams is faring.

(3) On or before May 29, 2024, defense counsel is to   submit   a   report   describing   the   process   of registering   as   a   sex   offender   in   Alabama,   including what defendant Williams meant when he said he received a "sheet" from the registration office; how many times a   year   individuals   must   register;   how   the   State determines the particular months or weeks during which an individual must register; and how the process might vary from city to city and county to county.

DONE, this the 24th day of May, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

3