IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )        2:23cr310-MHT
                             )            (WO)
ROBERT KEON WILLIAMS         )

ORDER

Because the court has some questions and concerns about (1) the disposition of the state charge for stalking in the second degree; (2) whether there is a continued need for the no-contact condition of supervised release; and (3) how long defendant Robert Keon Williams was in counseling, it is ORDERED that:

(1) The motion for early termination of supervised release (Doc. 63) is set for an in-person hearing on June 10, 2026, at 1:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  Defendant Williams is to be present.

(2) Three business days before the hearing, the supervising probation officer, defense counsel, and

government counsel shall file written statements that address the questions and concerns outlined above and that raise and discuss any other relevant matters.

DONE, this the 1st day of June, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE